UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-21332-CIV-GOLD/McALILEY

MICCOSUKEE TRIBE OF INDIANS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER GRANTING MOTION TO CONTINUE; CANCELLING HEARINGS; ADMINISTRATIVELY CLOSING CASE UPON JOINT NOTICE OF SETTLEMENT**

THIS CAUSE is before the Court upon the parties' Joint Motion to Continue Hearing and Suspend Proceedings **[ECF No. 28]**, which states that the parties have reached a "confidential agreement." Having reviewed the Motion, the record, and being otherwise duly advised, it is hereby ORDERED AND ADJUDGED that:

1. The Joint Motion **[ECF No. 28]** is GRANTED.
2. All upcoming hearings are CANCELLED.
3. This case is ADMINISTRATIVELY CLOSED.
4. The parties shall have **until and including Wednesday, October 20, 2010 at 5:00 p.m.** to file a Joint Stipulation of Dismissal With Prejudice.
5. Either party may move to re-open this case for good cause shown.

DONE AND ORDERED in Chambers, Miami, Florida this 19th day of August, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge McAliley
    Counsel of record